**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,   :    No. 620 MAL 2018

         : 

         Respondent       : 

         :    Petition for Allowance of Appeal from

         :    the Order of the Superior Court

         v.           :

         :

         :

ERNEST H. PRIOVOLOS,       :

         :

         Petitioner        :


## ORDER


**PER CURIAM**

     **AND NOW**, this 13th day of March, 2019, the Petition for Allowance of Appeal is **DENIED**.